AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:16-M -04233(1) |
| | § | |
| (1) Hector De Leon Ramirez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 21, 2016** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On April 23, 2016, the defendant, Hector DE LEON RAMIREZ, a native and citizen of Mexico, was arrested near Brackettville, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."*

Continued on the attached sheet and made a part of hereof:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

04/25/2016_____     at  DEL RIO, Texas
File Date                                                       City and State

COLLIS WHITE_____     _____
U.S. MAGISTRATE JUDGE                           Signature of Judicial Officer

AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:16-M -04233(1) - CW |
| | § | |
| (1) Hector De Leon Ramirez | § | |

### JUDGEMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Hector De Leon Ramirez, was presented by counsel, Raymond Meza Jr..

The defendant pled guilty to the complaint on April 26, 2016. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | April 21, 2016 |

As pronounced on April 26, 2016, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 6 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 26th day of April, 2016.

COLLIS WHITE
U.S. MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USM#: 71382380

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | **Case Number:** |
| **vs.** | § | **DR:16-M -04233(1)** |
| | § | |
| **(1) Hector De Leon Ramirez** | § | |

### ORDER APPOINTING COUNSEL

    The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

    Therefore, in the interest of justice, Meza, Raymond Jr., is hereby appointed to represent the defendant in the above-styled and numbered cause.

    This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this **26th day of April, 2016.**

_____
**COLLIS WHITE**
**U.S. MAGISTRATE JUDGE**